UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NATIONAL LUMBER COMPANY**
n/k/a **BFS GROUP, LLC**,

      Plaintiff,

v.                          CASE NO. 3:23-cv-1293-HLA-PDB

**EVANSTON INSURANCE COMPANY**,

      Defendant.
_____/

## O R D E R

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. 29). Pursuant thereto, it is

**ORDERED** that his case is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of May, 2024.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record